# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                            CASE NO: 6:19-bk-04641-CCJ
                                                                  CHAPTER 7
ALEXIS IDILIO CAMACHO,

    Debtor
_____/

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Agreed Order Granting Motion for Relief from the Automatic Stay (Doc 25) was served by U.S. mail, first-class postage prepaid, upon:

Alexis Idilio Camacho, 101 Dublin Drive, Lake Mary, FL 32746, this 9th day of October, 2019.

    BROCK & SCOTT, PLLC
    Attorney for SunTrust Bank
    2001 Northwest 64th Street, Suite 130
    Fort Lauderdale, FL 33309
    Phone: (954) 618-6955 Ext: 4706
    Fax: (954) 618-6954
    Floridabklegal@Brockandscott.com

    /s/ Neisi I. Garcia Ramirez
    _____
    NEISI I. GARCIA RAMIREZ, ESQUIRE
    Florida Bar No. 0091430